No. 77–1425.   BALLEW *v.* GEORGIA.   Ct. App. Ga.   Certiorari denied.

MR. JUSTICE BRENNAN, with whom MR. JUSTICE STEWART and MR. JUSTICE MARSHALL join, dissenting.

Petitioner, convicted of distributing obscene materials under Ga. Code § 26–2101 (1975), for a second time asks this Court to decide the question:

> "Whether . . . jury instructions on *scienter* allowing a finding of 'constructive knowledge' in an obscenity case are sufficient to meet . . . constitutional minimum standards. . . ?"  · Pet. for Cert. 2.

In *Ballew* v. *Georgia,* 435 U. S. 223 (1978) (*Ballew I*), which involved petitioner's earlier conviction under § 26–2101, we granted certiorari to consider, but did not reach, precisely this issue. See Pet. for Cert. in *Ballew* v. *Georgia,* O. T. 1977, No. 76–761, p. 2. I see no reason to suppose that this issue is any less worthy of consideration on certiorari now than it was when we accepted it in *Ballew I.* For this reason, I would grant certiorari. See also *Sewell* v. *Georgia,* 435 U. S. 982 (1978) (BRENNAN, J., dissenting from dismissal of appeal); *Teal* v. *Georgia,* 435 U. S. 989 (1978) (same); *Robinson* v. *Georgia,* 435 U. S. 991 (1978) (dissenting from vacation of judgment and remand). Barring this, I would grant this petition and summarily reverse. See *Ballew I, supra,* at 246 (opinion of BRENNAN, J.); *Sanders* v. *Georgia,* 424 U. S. 931 (1976) (dissent from denial of certiorari).